**STATE of Missouri, Respondent,**

v.

**Boyce P. CONWAY, Appellant.**

**No. 45163.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Aug. 2, 1983.

Timothy W. Kelly, Florissant, for appellant.

John Ashcroft, Atty. Gen., Kristie Green, Asst. Atty. Gen., Jefferson City, George Westfall, Pros. Atty., Clayton, for respondent.

ORDER

PER CURIAM:

Defendant appeals his conviction of sexual abuse in the first degree, in violation of § 566.100, RSMo. 1978. Punishment was assessed at nine months' imprisonment and

execution suspended, with defendant placed on probation for three years. No jurisprudential purpose would be served by a written opinion. The judgment of the trial court is affirmed pursuant to Rule 30.25(b).